IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBIN D. HALL
MORRIS HALL

        Debtors

CHAPTER 13

BK. No. 17-12337 JKF

## ORDER

Docket Entry #41

AND NOW, this 4th day of April, 2018, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

*/s/ Jean K. Fitzsimon*

**JEAN K. FITZSIMON,**
**Bankruptcy Judge**

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

MORRIS HALL
331 FLOWER STREET
CHESTER, PA 19013

ALAN B. LISS, ESQUIRE
1420 WALNUT STREET, SUITE 720
PHILADELPHIA, PA 19102

ROBIN D. HALL
331 FLOWER STREET
CHESTER, PA 19013

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107