United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-12337-jkf
Robin D. Hall                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 1              Date Rcvd: Apr 04, 2018
                             Form ID: pdf900         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.
```
db            +Robin D. Hall,    331 Flower Street,    Chester, PA 19013-3138
aty           +JANET M. SPEARS,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                San Diego, CA 92177-7921
cr            +Citibank, N.A., not in its individual capacity, bu,    Fay Servicing, LLC,
                3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
cr            +Citibank, N.A., not in its individual capacity, bu,    c/o Fay Servicing, LLC,
                3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
cr            +City of Chester,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
13990225      +CITIBANK, N.A.,,    c/o JOSEPH ANGEO DESSOYE,    Phelan Hallinan, LLP,
                1617 JFK Blvd. Suite 1400,    Philadelphia, PA 19103-1814
13994154      +CITIBANK, N.A., NOT IN INDIVIDUAL CAPACITY Et al,    c/o JANET M. SPEARS,
                4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
14074318      +Citibank, N.A.,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13993299      +Citibank, N.A.,    C/O ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                San Diego, CA 92177-7921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Apr 05 2018 01:55:39     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 05 2018 01:55:07
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 05 2018 01:55:30     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:
```
              ALAN B. LISS    on behalf of Debtor Robin D.  Hall bnklaw@aol.com
              FREDERICK L. REIGLE     ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Chester jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JEROME B. BLANK    on behalf of Creditor    CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, Et al.
               paeb@fedphe.com
              JODI L. HAUSE    on behalf of Creditor    CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, Et al.
               jodi.hause@phelanhallinan.com, paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, Et
               al. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    FAY SERVICING, LLC bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBIN D. HALL
MORRIS HALL

   Debtors

CHAPTER 13

BK. No. 17-12337 JKF

## ORDER

Docket Entry #41

AND NOW, this 4th day of April, 2018, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**JEAN K. FITZSIMON,
Bankruptcy Judge**

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

MORRIS HALL
331 FLOWER STREET
CHESTER, PA 19013

ALAN B. LISS, ESQUIRE
1420 WALNUT STREET, SUITE 720
PHILADELPHIA, PA 19102

ROBIN D. HALL
331 FLOWER STREET
CHESTER, PA 19013

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107