United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12337-jkf
Robin D. Hall                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John               Page 1 of 2              Date Rcvd: Mar 14, 2019
                              Form ID: 138NEW          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
```
db            +Robin D. Hall,    331 Flower Street,    Chester, PA 19013-3138
aty           +JANET M. SPEARS,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                San Diego, CA 92177-7921
cr            +Citibank, N.A., not in its individual capacity, bu,    Fay Servicing, LLC,
                3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
cr            +Citibank, N.A., not in its individual capacity, bu,    c/o Fay Servicing, LLC,
                3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13894782      +Alan B. Liss, Esquire,    1420 Walnut Street,    Suite 808,    Philadelphia, PA 19102-4008
13990225      +CITIBANK, N.A.,,    c/o JOSEPH ANGEO DESSOYE,    Phelan Hallinan, LLP,
                1617 JFK Blvd. Suite 1400,    Philadelphia, PA 19103-1814
13994154      +CITIBANK, N.A., NOT IN INDIVIDUAL CAPACITY Et al,    c/o JANET M. SPEARS,
                4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
13894783      +Chester Upland-SD,    C/O Berkheimer,    PO Box 25144,    Lehigh Valey, PA 18002-5144
14074318      +Citibank, N.A.,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13993299      +Citibank, N.A.,    C/O ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                San Diego, CA 92177-7921
13894784      +City Of Chester,    C/O Portnoff Law Assoc.,    1000 Sandy Hill Road, Suite 150,
                Norristown, PA 19401-4181
13894785      +City Treasurer,    1 Fourth Street,    Chester, PA 19013-4400
13939781      +City of Chester,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
13940666      +City of Chester,    c/o JAMES RANDOLPH WOOD,    Portnoff Law Associates, Ltd.,
                2700 Horizon Drive, Suite 100,    King of Prussia, PA 19406-2726
13894786      +Delaware County Treasurer,    PO Box 1886,    Media, PA 19063-8886
14248857      +Land Home Financial Services, Inc.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
13894788      +Raymore And Flanagan,    C/O Wells Fargo,    800 Walnut Street,    DesMoines, IA 50309-3605
13963040       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Mar 15 2019 03:32:18     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 03:31:17
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2019 03:32:15     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +City of Chester,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
13894787     ##+HSBC,   PO Box 1231,    Brandon, FL 33509-1231
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: John                 Page 2 of 2                   Date Rcvd: Mar 14, 2019
                               Form ID: 138NEW            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
         ALAN B. LISS   on behalf of Debtor Robin D.  Hall bnklaw@aol.com
         JAMES RANDOLPH WOOD   on behalf of Creditor   City of Chester jwood@portnoffonline.com,
          jwood@ecf.inforuptcy.com
         JEROME B. BLANK   on behalf of Creditor   CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, Et al.
          paeb@fedphe.com
         JODI L. HAUSE   on behalf of Creditor   CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, Et al.
          jodi.hause@phelanhallinan.com, paeb@fedphe.com
         JOSEPH ANGEO DESSOYE   on behalf of Creditor   CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, Et
          al. paeb@fedphe.com
         KEVIN G. MCDONALD   on behalf of Creditor   FAY SERVICING, LLC bkgroup@kmllawgroup.com
         LISA  CANCANON   on behalf of Creditor   Land Home Financial Services, Inc. LisaC@w-legal.com
         POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         SCOTT  WATERMAN   ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Robin D. Hall
    Debtor(s)

Bankruptcy No: 17−12337−jkf
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.


For The Court
Timothy B. McGrath
Clerk of Court

Dated: 3/14/19

53 − 52
Form 138_new