IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          :
    Robin D. Hall,                    : Bankruptcy No. 17-12337-JKF
               Debtor(s)       : Chapter 13

## PRAECIPE

Please withdraw Document # 52, Standing Chapter 13 Trustee's Final Report. This report was filed in error.

                                          Respectfully submitted,

Date: March 19, 2019                  */s Scott F. Waterman*
                                                  Scott F. Waterman
                                                  Standing Chapter 13 Trustee – Reading