United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robin D. Hall  
    Debtor

Case No. 17-12337-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Jul 15, 2019  
                               Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2019.  
db            +Robin D. Hall,    331 Flower Street,    Chester, PA 19013-3138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2019 at the address(es) listed below:  
         ALAN B. LISS     on behalf of Debtor Robin D. Hall bnklaw@aol.com  
         JAMES RANDOLPH WOOD     on behalf of Creditor     City of Chester jwood@portnoffonline.com,  
          jwood@ecf.inforuptcy.com  
         JEROME B. BLANK     on behalf of Creditor     CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, Et al.  
          paeb@fedphe.com  
         JODI L. HAUSE     on behalf of Creditor     CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, Et al.  
          jodi.hause@phelanhallinan.com,    paeb@fedphe.com  
         JOSEPH ANGEO DESSOYE     on behalf of Creditor     CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, Et al. paeb@fedphe.com  
         KEVIN G. MCDONALD     on behalf of Creditor     FAY SERVICING, LLC bkgroup@kmllawgroup.com  
         LISA   CANCANON     on behalf of Creditor     Land Home Financial Services, Inc. LisaC@w-legal.com  
         POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,  
          ecf_frpa@trustee13.com  
         SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                          TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                          : Chapter 13

Robin D. Hall                                   : Case No. 17−12337−jkf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , July 15, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

61
Form 195